UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN CLAY ALLEN,
#712539,

        Plaintiff

v.

JAMES CUDDIE and
GLADWIN COUNTY
SHERIFF'S DEPARTMENT,

        Defendants.
_____/

Case No. 2:19-CV-10518
District Judge Nancy G. Edmunds
Magistrate Judge Anthony P. Patti

## ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION (DE 15)

Pending is Defendants' May 30, 2019 ex parte motion for leave to take Plaintiff's deposition. (DE 15.) Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B) because Plaintiff is incarcerated.

Upon consideration, **IT IS HEREBY ORDERED** that Defendants' motion for leave to take Plaintiff's deposition (DE 15) is **GRANTED**, and Defendants shall be permitted to take the deposition of the Plaintiff for all purposes allowed by the Federal Rules of Civil Procedure. The deposition may occur either in person, by telephone, or via video teleconference, at Defendants' option and consistent with the requirements and needs of Plaintiff's place of incarceration.

 **IT IS SO ORDERED.**

Dated: May 31, 2019         s/*Anthony P. Patti*
                            Anthony P. Patti
                            UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on May 31, 2019, electronically and/or by U.S. Mail.

                            s/Michael Williams
                            Case Manager for the
                            Honorable Anthony P. Patti