UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN CLAY ALLEN,

      Plaintiff,                                                No. 19-10518

v.                                                        Honorable Nancy G. Edmunds

JAMES CUDDIE and
GLADWIN COUNTY
SHERIFF'S DEPARTMENT,

      Defendants.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JUNE 24, 2020 REPORT AND RECOMMENDATION [24]**

Currently before the Court is the magistrate judge's June 24, 2020 report and recommendation. (Dkt. 24.) The magistrate judge recommends that the Court grant Defendants' motion for summary judgment and dismiss this case. The Court is fully advised in the premises and has reviewed the record and the pleadings. No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation. Accordingly, Defendants' motion for summary judgment is GRANTED.

SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: July 27, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 27, 2020, by electronic and/or ordinary mail.

                                              s/Lisa Bartlett
                                              Case Manager